Steven C. Smith, Bar No. 04508
John S. Clifford, Bar No. 10125
SMITH LC
3161 Michelson Drive, Suite 925
Irvine, CA 92612
Telephone:     (949) 416-5000
Facsimile:     (949) 416-5555
E: ssmith@smith-lc.com
E: jclifford@smith-lc.com

Richard R. Thomas (Admitted Pro Hac Vice)
Stephen C. Biggs (Admitted Pro Hac Vice)
SMITH LC
4505 East Chandler Boulevard, Suite 290
Phoenix, Arizona 85018
T: 480-361-8575
F: 480-350-7309
E: rthomas@smith-lc.com
E: sbiggs@smith-lc.com

*Attorneys for Plaintiffs CSA Biotechnologies, LLC, and N8 Pharmaceuticals, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CSA BIOTECHNOLOGIES, LLC; and N8 PHARMACEUTICALS, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>KINNEAR PHARMACEUTICALS, LLC; and N8 MEDICAL, INC.,<br><br>Defendants. | Case No. 2:15-cv-00717-JNP-PMW<br><br>**STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>Judge Jill Parrish<br>Magistrate Judge Paul M. Warner |

Plaintiffs CSA Biotechnologies, LLC and N8 Pharmaceuticals, Inc. and Defendants Kinnear Pharmaceuticals, LLC and N8 Medical, Inc. hereby stipulate to dismiss this case without prejudice and proceed to mediation and arbitration on all claims asserted herein.  Unless otherwise

1

ordered pursuant to the parties' agreement to mediate and arbitrate, each party will bear its own attorneys' fees, expenses and costs.

**IT IS HEREBY STIPULATED.**

DATED this 16th day of June, 2016.

SMITH LC

/s/ Richard R. Thomas
Richard R. Thomas (Admitted Pro Hac Vice)
Stephen C. Biggs (Admitted Pro Hac Vice)
4505 East Chandler Boulevard, Suite 290
Phoenix, Arizona 85018

Steven C. Smith, Bar No. 04508
John S. Clifford, Bar No. 10125
3161 Michelson Drive, Suite 925
Irvine, California 92612

*Attorneys for Plaintiffs*

DORSEY & WHITNEY LLP

/s/ Bryon Benevento (with permission)
Bryon Benevento
Kimberly Neville
136 South Main Street
Salt Lake City, UT, 84101-1685

*Attorneys for Defendants Kinnear Pharmaceuticals, LLC and N8 Medical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION TO DISMISS WITHOUT PREJUDICE was filed with the Court on this 16th day of June, 2016 and served via ECF on all parties who have requested notice:

Bryon Benevento
Kimberly Neville
DORSEY & WHITNEY LLP
136 South Main Street
Salt Lake City, UT, 84101-1685
E: neville.kimberly@dorsey.com
E: benevento.bryon@dorsey.com
T: (801) 933-8951

*Attorneys for Defendants Kinnear Pharmaceuticals, LLC and N8 Medical, Inc.*

/s/ Richard R. Thomas